```
_____ FILED _____ LODGED
        _____ RECEIVED
         May 3 2023
      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DENIS TKACHUK,

Defendant.

NO.   3:23-cr-05136-RJB

**INFORMATION**

The United States Attorney charges that:

## COUNTS 1 – 3

**(Wire Fraud)**

### A. Summary

1.     Beginning no later than August 2017, and continuing until August 2019, DENIS TKACHUK devised a scheme to steal medical equipment and supplies from his employers to sell online for personal profit. Over the course of the scheme, TKACHUK's total amount of personal profit was at least $169,806.93.

### B. Background

2.     TKACHUK was a resident of Puyallup and Pasco, Washington. In 2013, TKACHUK completed a Biomedical Equipment Maintenance Technician Program and began working servicing and repairing medical equipment. Between January 2016 and

Information - 1
*United States v. Tkachuk*
USAO No. 2020R00293

1    July 2017, he worked for Kaldec Regional Medical Center (Providence) in Richland,

2    Washington. Between August 2017 and February 2018, TKACHUK worked at

3    Harborview Medical Center in Seattle, Washington. Between October 2018 and August

4    2019, TKACHUK worked at Providence St. Peters Hospital in Olympia, Washington.

5          3.       During his employment at Providence St. Peters Hospital in Olympia,

6    TKACHUK was a Biomedical Technician. As part of that position, TKACHUK was

7    allowed to purchase non-capital items, i.e., items valued at less than $5,000.00. A review

8    of the hospital's inventory showed that between October 2018 and July 2019,

9    approximately $108,000.00 worth of medical equipment and supplies were missing and

10    otherwise unaccounted for. Hospital staff determined that TKACHUK had ordered 471

11    items during that timeframe, more than six times the amount of the next-highest ordering

12    technician, which was 71. Hospital staff filed a police report regarding the missing

13    inventory. On September 9, 2019, the hospital fired TKACHUK.

14    **C. The Scheme to Defraud**

15          4.       From on or about August 2017 to on or about August 2019, in Thurston and

16    King Counties, within the Western District of Washington, and elsewhere, DENIS

17    TKACHUK devised and intended to devise a scheme and artifice to defraud and to obtain

18    money and property by means of materially false and fraudulent pretenses,

19    representations, and promises.

20          5.       The essence of the scheme and artifice to defraud was for TKACHUK to

21    enrich himself by over-ordering medical equipment and supplies in the course of his

22    employment, stealing the medical equipment and those supplies, or other medical

23    equipment and supplies, from his employer, offering them for sale online, and keeping

24    the proceeds of the sales for his personal use.

25    **D. Manner and Means**

26          6.       The following conduct was part of TKACHUK's scheme and artifice to

27    defraud.

7.      TKACHUK was authorized to purchase some medical equipment and devices for hospital use. He also had access to medical equipment and supplies at the hospitals where he worked. TKACHUK was not authorized to remove medical equipment and supplies from the hospital for personal use, or to sell the medical devices and equipment.

8.      TKACHUK used his access to medical equipment and supplies and photographed them to advertise the items for online sale and on email. For example, on July 11, 2017, while he was at work at Kaldec Hospital, TKACHUK took a photo (file name IMG_3529) of medical supplies, confirmed by the location data embedded in the photo. Tkachuk then sent the same photo via email to Wholesale Medical-Surgical, offering the pictured items for sale. Wholesale Medical-Surgical confirmed they wanted to purchase the items from TKACHUK and sent an email confirming price. TKACHUK stole and sold the items depicted in that photo to Wholesale Medical Supplies.

9.      TKACHUK also advertised the medical equipment and supplies on eBay and used his personal email accounts to communicate with individuals about their purchase of the medical equipment and supplies. For example, while he was at work at Providence St. Peters Hospital, TKACHUK took a photo (file name IMG_2962) of a medical device, confirmed by the location data embedded in the photo. TKACHUK then advertised that item on eBay and sent the photo to the interested buyer on January 7, 2019.

10.     TKACHUK sent invoices for the stolen medical equipment and supplies from his personal email accounts to buyers. TKACHUK accepted payment for the stolen medical equipment and supplies using, for example, his PayPal account and Zelle account. When accepting payment via PayPal, TKACHUK was in Washington and his buyer was in Michigan.

11.     Sometimes TKACHUK would find a buyer and then steal the medical equipment and supplies. Other times TKACHUK over-ordered medical equipment and

Information - 3
*United States v. Tkachuk*
USAO No. 2020R00293

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

1  supplies, stole them, and then sold them. When dealing with Wholesale Medical

2  Supplies, TKACHUK shipped the items, and the buyer provided payment upon receipt.

3  When dealing with other buyers on eBay / PayPal, TKACHUK would receive payment

4  prior to shipping the items.

5        12.     The proceeds from the sale of the stolen medical equipment and supplies

6  TKACHUK obtained as part of the scheme to defraud exceeded $169,806.93.

7     **E. Execution of the Scheme to Defraud**

8        13.     On or about the dates set forth below, at Thurston and King Counties, and

9  elsewhere, for the purpose of executing and attempting to execute the scheme and artifice

10  to defraud, DENIS TKACHUK knowingly transmitted, and caused to be transmitted, by

11  wire communication in interstate and foreign commerce, the following signs, signals,

12  pictures and sounds, each transmission of which constitutes a separate count of this

13  Information:

| Count | Date | Wire Transmission |
|-------|------|-------------------|
| **1** | 9/14/2017 | Wire of $2,150.00 via PayPal from a purchaser in Michigan to TKACHUK's PayPal account -4868 |
| **2** | 11/9/2018 | Wire of $1,310.00 via Zelle from Chase account -1550 to TKACHUK's Bank of America account -9684 |
| **3** | 6/25/2019 | Email from TKACHUK to a buyer in Michigan containing medical item descriptions and photos. |

19     All in violation of 18 U.S.C. § 1343.

20                 **FORFEITURE ALLEGATION**

21     The allegations contained in Paragraphs 1-13 of this Information are hereby

22  realleged and incorporated by reference for the purpose of alleging forfeiture. Upon

23  conviction of any of the offenses alleged in Counts 1-3, DENIS TKACHUK shall forfeit

24  to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), by

25  way of Title 28, United States Code, Section 2461(c), all property constituting or

26  traceable to proceeds of such offense including, but not limited to, a sum of money

27  representing the proceeds he personally obtained as a result of the offense.

Information - 4
*United States v. Tkachuk*
USAO No. 2020R00293

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or,

      e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED this _3rd_ day of May 2023.

_Sarah G. Vogel, for_
NICHOLAS W. BROWN
United States Attorney

MARCI L. ELLSWORTH
Assistant United States Attorney

HILLARY K. STUART
Assistant United States Attorney

Information - 5
*United States v. Tkachuk*
USAO No. 2020R00293

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253-428-3800